# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:22-cv-22534-SCOLA/GOODMAN

New Vision Unlimited, LLC d/b/a Vision
Unlimited., individually and on behalf of all
others similarly situated,

     *Plaintiff,*

v.

Optimax Investments, Ltd.,
Lens.com, Inc.,
Web Eye Care, Inc. and
Contact Lens King, Inc.

     *Defendants.*

### <u>Declaration of Simon Franzini</u>

  I, Simon Franzini, declare as follows:

  1.  I am a partner in the law firm Dovel & Luner, LLP, counsel of record for the Plaintiff New Vision Unlimited, LLC d/b/a Vision Unlimited., ("Vision Unlimited") in this case.

  2.  Attached as Exhibit A is a true and correct copy of a printout of the webpage https://vuoptical.myeyestore.com/category/contacts.html?sort=name_asc&show=200

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 9, 2023, in Santa Monica, California.

         */s/ Simon Franzini*
         Simon Franzini

# Exhibit A

https://vuoptical.myeyestore.com/category/contacts.html?sort=name_asc&show=200

November 8, 2022 at 11:30 AM PST

Contact Us  (305) 662.2960

HOME | SIGN IN OR REGISTER

 **vision** unlimited

Enter keyword...

ALCON     ACUVUE     BAUSCH+LOMB     COOPERVISION     X-CEL     CONTACT LENS SOLUTIONS     OTHER PRODUCTS▾

Home  →  Contacts

## CONTACTS



200

Name (A - Z)            Choose All Brands

Johnson & Johnson

1 Day Acuvue Moist for
Astigmatism 30 Pack

CHOOSE OPTIONS

Johnson & Johnson

1 Day Acuvue Moist for
Astigmatism 90 Pack

CHOOSE OPTIONS

Johnson & Johnson

1 Day Acuvue Moist
Multifocal 30 Pack

CHOOSE OPTIONS

Johnson & Johnson

1 Day Acuvue Moist
Multifocal 90 Pack

CHOOSE OPTIONS

Johnson & Johnson

1-Day Acuvue Define with
LACREON 30 Pack

CHOOSE OPTIONS

Johnson & Johnson

1-Day Acuvue Moist 30
Pack

CHOOSE OPTIONS

Johnson & Johnson

1-Day Acuvue Moist 90
Pack

CHOOSE OPTIONS

Johnson & Johnson

1-Day Acuvue TruEye 30
Pack

CHOOSE OPTIONS

Johnson & Johnson

1-Day Acuvue TruEye 90
Pack

CHOOSE OPTIONS

Johnson & Johnson

Acuvue 2 6 Pack

CHOOSE OPTIONS

Johnson & Johnson

Acuvue Oasys 1-Day with
HydraLuxe Technology 90
Pack

CHOOSE OPTIONS

Johnson & Johnson

Acuvue Oasys 1-Day with
HydraLuxe Technology for
Astigmatism 30 Pack

CHOOSE OPTIONS

Johnson & Johnson

Acuvue Oasys 1-Day with
HydraLuxe Technology for
Astigmatism 90 Pack

CHOOSE OPTIONS

Johnson & Johnson

Acuvue Oasys 12 Pack

CHOOSE OPTIONS

Johnson & Johnson

Acuvue Oasys 24 Pack

CHOOSE OPTIONS

Johnson & Johnson

Acuvue Oasys for
Astigmatism 6 Pack

CHOOSE OPTIONS

Johnson & Johnson



Johnson & Johnson



Johnson & Johnson



Johnson & Johnson





Acuvue Oasys with Transitions 25pk

CHOOSE OPTIONS

Acuvue Vita 12 Pack

CHOOSE OPTIONS

Acuvue Vita 6 Pack

CHOOSE OPTIONS

Acuvue Vita for Astigmatism 6 Pack

CHOOSE OPTIONS

Johnson & Johnson

ACUVUE® OASYS with Transitions™ 6 Pack

CHOOSE OPTIONS

RevitaLens

Acuvue™ RevitaLens Multi-Purpose Disinfecting Solution (10 oz)

ADD TO CART

Alcon

Air Optix Colors 2 Pack

CHOOSE OPTIONS

Alcon

Air Optix Colors 6 Pack

CHOOSE OPTIONS

Alcon

Air Optix Night and Day 6 Pack

CHOOSE OPTIONS

Alcon

Air Optix Plus HydraGlyde 6 Pack

CHOOSE OPTIONS

Alcon

Air Optix plus Hydraglyde for Astigmatism 6 Pack

CHOOSE OPTIONS

Alcon

Air Optix plus HydraGlyde Multifocal 6 Pack

CHOOSE OPTIONS

CooperVision

Avaira Vitality 6 Pack

CHOOSE OPTIONS

CooperVision

Avaira Vitality Toric 6 Pack

CHOOSE OPTIONS

Bausch + Lomb

Bausch & Lomb Ultra 6 Pack

CHOOSE OPTIONS

Bausch + Lomb

Bausch & Lomb Ultra for Astigmatism 6 Pack

CHOOSE OPTIONS

Bausch + Lomb

Bausch & Lomb Ultra for Presbyopia 6 Pack

CHOOSE OPTIONS

Bausch + Lomb

Bausch & Lomb Ultra Multifocal for Astigmatism 6 Pack

CHOOSE OPTIONS

CooperVision

Biofinity 6 Pack

CHOOSE OPTIONS

CooperVision

Biofinity Energys 6 Pack

CHOOSE OPTIONS

CooperVision

Biofinity Multifocal 6 Pack

CooperVision

Biofinity Toric 6 Pack

CooperVision

Biofinity Toric Multifocal Distance 6 Pack

CooperVision

Biofinity Toric Multifocal Near 6 Pack



CHOOSE OPTIONS

CHOOSE OPTIONS

CHOOSE OPTIONS

CHOOSE OPTIONS

CooperVision

CooperVision

CooperVision

CooperVision

Biofinity XR 6 Pack

Biofinity XR Toric 6 Pack

Biomedics 55 Premier 6 Pack

Biomedics Toric 6 Pack

CHOOSE OPTIONS

CHOOSE OPTIONS

CHOOSE OPTIONS

CHOOSE OPTIONS

BioTrue

Bausch + Lomb

Bausch + Lomb

Bausch + Lomb

Biotrue Multi-Purpose Solution 10oz

BioTrue™ One day for Presbyopia 30 Pack

Biotrue™ ONEday 30 pack

Biotrue™ ONEday 90 pack

ADD TO CART

CHOOSE OPTIONS

CHOOSE OPTIONS

CHOOSE OPTIONS

Bausch + Lomb

Bausch + Lomb

Bausch + Lomb

Boston

Biotrue™ ONEday for Astigmatism 30 Pack

Biotrue™ ONEday for Astigmatism 90 Pack

Biotrue™ ONEday for Presbyopia 90 Pack

Boston Advance Cleaner 1 Fl oz

CHOOSE OPTIONS

CHOOSE OPTIONS

CHOOSE OPTIONS

ADD TO CART

Boston

Boston

Boston

CooperVision

Boston Advance Conditioning Solution 3.5 Fl oz

Boston Original Conditioning Solution 3.5 Fl oz

Boston Simplus Multi Action Solution 3.5 Fl oz

Clariti 1 Day 30 Pack

ADD TO CART

ADD TO CART

ADD TO CART

CHOOSE OPTIONS

CooperVision

CooperVision

CooperVision

CooperVision

Clariti 1 Day 90 Pack

Clariti 1 Day Multifocal 30 Pack

Clariti 1 Day Multifocal 90 Pack

Clariti 1 Day Toric 30 Pack

CHOOSE OPTIONS

CHOOSE OPTIONS

CHOOSE OPTIONS

CHOOSE OPTIONS





Extreme H2O Weekly 12 Pack

CHOOSE OPTIONS

Focus Dailies 30 Pack

CHOOSE OPTIONS

Focus Dailies 90 Pack

CHOOSE OPTIONS

FreshLook Colorblend 6 Pack

CHOOSE OPTIONS

Bausch + Lomb

Infuse 90pk

CHOOSE OPTIONS

LacriPure

LacriPure (98 Count)

ADD TO CART

Muro

MURO 128 5% Solution 15mL

ADD TO CART

CooperVision

MyDay 180 Pack

CHOOSE OPTIONS

CooperVision

MyDay 90 Pack

CHOOSE OPTIONS

CooperVision

MyDay Toric 90 Pack

CHOOSE OPTIONS

Nutrifill

Nutrifill 1-Month Supply

ADD TO CART

OPTI-FREE

OPTI-FREE® PureMoist Rewetting Drops (12 mL)

ADD TO CART

OPTI-FREE

OPTI-FREE® PureMoist® Multi-Purpose Disinfecting Solution 10oz

ADD TO CART

OPTI-FREE

OPTI-FREE® PureMoist® Multi-Purpose Disinfecting Solution 2x10oz Twin Pack

ADD TO CART

OPTI-FREE

OPTI-FREE® REPLENISH® Multi-Purpose Disinfecting Solution 10oz

ADD TO CART

OPTI-FREE

OPTI-FREE® REPLENISH® Rewetting Drops 10ml

ADD TO CART

Bausch + Lomb

Optima 38/SP 2 Pack

CHOOSE OPTIONS

Alcon

Precision 1 30 Pack

CHOOSE OPTIONS

Alcon

Precision 1 90 Pack

CHOOSE OPTIONS

Alcon

Precision1 For Astigmatism 30pk

CHOOSE OPTIONS

Alcon

CooperVision

CooperVision

CooperVision



Precision1 for Astigmatism 90pk

CHOOSE OPTIONS

Proclear 1-Day 90 Pack

CHOOSE OPTIONS

Proclear 1-Day Multifocal 90 Pack

CHOOSE OPTIONS

Proclear 6 Pack

CHOOSE OPTIONS

CooperVision

Proclear Multifocal 6 Pack

CHOOSE OPTIONS

CooperVision

Proclear Multifocal XR D 6 Pack

CHOOSE OPTIONS

CooperVision

Proclear Multifocal XR N 6 Pack

CHOOSE OPTIONS

CooperVision

Proclear Toric 6-Pack

CHOOSE OPTIONS

CooperVision

Proclear Toric XR 6 Pack

CHOOSE OPTIONS

CooperVision

Proclear® Multifocal Toric D 6 Pack

CHOOSE OPTIONS

CooperVision

Proclear® Multifocal Toric N 6 Pack

CHOOSE OPTIONS

Progent

Progent (7 Treatments)

ADD TO CART

Progent

PROGENT Large Diameter (Scleral) Lens Case

ADD TO CART

Bausch + Lomb

PureVision 2 6 Pack

CHOOSE OPTIONS

Bausch + Lomb

PureVision 2 Multi-focal for Presbyopia 6 Pack

CHOOSE OPTIONS

Bausch + Lomb

PureVision 6 Pack

CHOOSE OPTIONS



Bausch + Lomb

PureVision Multi-Focal 6 Pack

CHOOSE OPTIONS

PuriLens

PuriLens 12 Pack (4 oz Bottles)

ADD TO CART

Bausch+Lomb Solutions

Sensitive Eyes Plus Saline (12 oz)

ADD TO CART

Bausch + Lomb

SofLens 38 6 Pack

CHOOSE OPTIONS

Bausch + Lomb

SofLens Daily Disposable 90 Pack

Bausch + Lomb

SofLens Daily Disposables for Astigmatism 30 Pack

Bausch + Lomb

SofLens Multi-Focal 6 Pack

Bausch + Lomb

SofLens Toric 6 Pack

CHOOSE OPTIONS    CHOOSE OPTIONS    CHOOSE OPTIONS    CHOOSE OPTIONS

Unique pH



Unique pH (4 oz)

ADD TO CART

Number of products: 125 Showing page 1 of 1