**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-22534-SCOLA/GOODMAN

NEW VISION UNLIMITED, LLC d/b/a
VISION UNLIMITED, individually and on
behalf of all others similarly situated,

       Plaintiff,

     v.

OPTIMAX INVESTMENTS, LTD.,
LENS.COM, INC.,
WEB EYE CARE, INC. AND
CONTACT LENS KING, INC.

       Defendants.

_____

## PLAINTIFF'S MEDIATION REPORT

In accordance with the Court's Order Scheduling Mediation [DE 83], a mediation conference was held on October 6, 2023 with mediator Rodney Max. The parties did not execute a final settlement agreement on October 6, 2023, but will continue to confer on these issues within the next two weeks.

Dated: November 8, 2023

/s/ *Rachel Dapeer*
Rachel Dapeer (Bar No. 108039)
Dapeer Law, P.A.
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: (305) 610-5223
Email: rachel@dapeer.com

*Counsel for Plaintiff and the*
*Proposed Class*