**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-22534-SCOLA/GOODMAN

NEW VISION UNLIMITED, LLC d/b/a
VISION UNLIMITED, individually and on
behalf of all others similarly situated,

      Plaintiff,

  v.

OPTIMAX INVESTMENTS, LTD.,
LENS.COM, INC.,
WEB EYE CARE, INC. AND
CONTACT LENS KING, INC.

      Defendants.

_____

Plaintiff New Vision Unlimited, LLC d/b/a Vision Unlimited and Defendants, hereby stipulate to the dismissal of this action, without prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear their own costs and attorneys' fees.

Dated: December 14, 2023

                Respectfully submitted,

                **DAPEER LAW, P.A.**

                /s/ Rachel Dapeer
                Rachel Dapeer, Esq.
                Florida Bar No. 108039
                20900 NE 30th Ave., Suite 417
                Aventura, FL 33180
                Telephone: 305-610-5223

rachel@dapeer.com

/s/ Jonas Jacobson
Simon Franzini (*admitted pro hac vice*)
Jonas Jacobson (*admitted pro hac vice*)
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Ste. 600
Santa Monica, CA 90401
Tel: 310-656-7066
simon@dovel.com
jonas@dovel.com

*Attorneys for Plaintiff*
*New Vision Unlimited, LLC*

/s/ Mark A. Salky
**GREENBERG TRAURIG P.A.**
Mark A. Salky (Bar No. 58221)
James E. Gillenwater (Bar No. 1013518)
333 SE 2nd Ave., Suite 4400
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717
salkym@gtlaw.com
gillenwaterj@gtlaw.com
jake.atkins@gtlaw.com

*Counsel for Defendant Optimax Investments, Ltd.*

/s/  James W. Lee
**BOIES SCHILLER FLEXNER LLP**
James W. Lee (Bar No. 67558)
Andrew S. Brenner (Bar No. 978663)
Laselve E. Harrison (Bar No. 112537)
Michael C. Mikulic (Bar No. 125073)
100 SE 2nd St., Suite 2800
Miami, FL 33131
Tel: (305) 359-8400
Fax: (305) 539-1307
jwlee@bsfllp.com
abrenner@bsfllp.com
lharrison@bsfllp.com
mmikulic@bsfllp.com

*Counsel for Defendant Lens.com, Inc.*

2

/s/ Michael C. Spain
**NEWMAN DU WORS LLP**
Michael C. Spain (Bar No. 005606)
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Tel: (206) 274-2800
Fax: (206)-274-2801
michael@newmanlaw.com

*Counsel for Defendant Web Eye Care, Inc.*

/s/ Tal J. Lifshitz
**KOZYAK TROPIN & THROCKMORTON LLP**
Tal J. Lifshitz (Bar No. 99519)
Benjamin J. Widlanski (Bar No. 1010644)
Eric S. Kay (Bar No. 1011803)
2525 Ponce De Leon Boulevard
9th Floor
Miami, FL 33134
Tel: 305-372-1800
Fax: 305-372-3508
bwidlanski@kttlaw.com
tjl@kttlaw.com
ekay@kttlaw.com

*Counsel for Defendant Contact Lens King, Inc.*