United States District Court
for the
Southern District of Florida

| | |
|---|---|
| New Vision Unlimited, LLC, dba Vision Unlimited, individually and on behalf of all others similarly situated, Plaintiff,<br><br>v.<br><br>Glasses USA, Inc., and others, Defendants. | Civil Action No. 22-22534-Civ-Scola |

**Order of Dismissal**

The parties have dismissed this suit without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 88.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on December 14, 2023.

_____
Robert N. Scola, Jr.
United States District Judge